1  KATHLEEN E. WELLS (SBN 107051)
   3393 Maplethorpe Lane
2  Soquel, CA  95073
   Telephone:     (831) 475-1243
3  Email:          lioness@got.net

4  Attorney for plaintiff, LISA M. KAY ALLISON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| LISA M. KAY ALLISON ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ;  SANTA CRUZ COUNTY SHERIFF PHIL WOWAK; LORIE A. GEARHART; C. LOGAN; S BUTEHER; B. AMET; E. SOTO; MONTE LEE WILSON; J REGGIO; S.BELIZ; JEREMY VERNINKY; TWENTY UNKNOWN COUNTY SHERIFFS DEPUTIES, CORRECTIONAL OFFICERS,  MEDICAL PERSONNEL; CALIFORNIA FORENSIC MEDICAL GROUP,<br><br>    Defendants. | CASE # 16-02494 NC<br><br>PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;<br><br>[~~PROPOSED~~] ORDER |

Plaintiff Lisa M. Kay Allison hereby requests that the court continue the Case Management Conference date, and all associated dates, from the current scheduled date of August 10, 2016 to September 14, 2016.  This request is made in order to give plaintiff additional time to serve all of the defendants.  The deadline for service is August 9, 2016.

Dated: July 25, 2016            __/s/  Kathleen E. Wells_____
                                KATHLEEN E. WELLS
                                Attorney for Plaintiff , LISA M. KAY ALLISON

**Kate Wells and Aaron Lodge, Attorneys for plaintiff**

-1-
PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
*Allison v. County of Santa Cruz, et al.* Case No. 16-02494 NC

[~~PROPOSED~~] ORDER

Good cause appearing therefor

IT IS HEREBY ORDERED that the date for the Case Management Conference is continued from August 10, 2016, to September 14, 2016.  Case management statement is due September 7, 2016.

Dated:  August 1, 2016

_____
NATHANAEL COUSINS
United States Magistrate Judge



**Kate Wells and Aaron Lodge, Attorneys for plaintiff**

-2-
PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
*Allison v. County of Santa Cruz, et al.* Case No. 16-02494 NC